# GINSBERG, BECKER & WEAVER, LLP

Counselors at Law
26 Broadway, Suite 1600
New York, New York 10004
(212) 732-1200

FACSIMILE
(212) 732-5877

**DAVID M. GINSBERG***
dmg@ginsbergbeckerlaw.com

ROSS G. WEAVER
OF COUNSEL

**ROBERT D. BECKER**
rdb@ginsbergbeckerlaw.com

*ALSO ADMITTED IN OREGON

October 17, 2005

Hon. Judge Allyne R. Ross
United States District Court
Eastern District of New York
United States Courthouse
225 Cadman Plaza East
Brooklyn, NY 11201

Re: Access Van Lines, Inc. v. Underwriters at Lloyd's, London
Docket No.: 04 Civ 130 (ARR)(SMG)
Our File No.: P22480.R

Dear Judge Ross:

In your order dated October 7, 2005, which granted the parties' application for an extension of time to submit and respond to the defendant's motion for summary judgment, you directed the parties to submit a proposed motion schedule.

The following dates have been agreed to by both parties: service of the motion for summary judgment on or before November 30, 2005; service of the defendant's affirmation in opposition on or before December 19, 2005; and service of the defendant's reply papers on or before January 6, 2006.

These dates take into account the fact that I will be out of the country on business during the week of October 31, 2005 and the various holidays and vacations taking place towards the end of December.

Very truly yours,

S/

ROBERT D. BECKER (RB0600)

RDB:md
encl.

cc.: Kenneth M. Piken & Associates
Attn.: Kenneth M. Piken, Esq.

SO ORDERED:

ALLYNE R. ROSS, U.S.D.J
Oct. 18, 2005
cc: counsel