UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
------------------------------------------------------------------ X
ACCESS VAN LINES, INC.,                          :
                                                 :      04 CV 130 (ARR)
                        Plaintiff,               :
                                                 :      NOT FOR
        -against-                                :      PUBLICATION
                                                 :
UNDERWRITERS AT LLOYD'S LONDON,                  :      OPINION AND ORDER
                                                 :
                        Defendant.               :
------------------------------------------------------------------ X

ROSS, United States District Judge:

The court has received the Report and Recommendation on the instant case dated January

12, 2006 from the Honorable Steven M. Gold, United States Magistrate Judge. No objections

have been filed. Having conducted a de novo review of the record, the court hereby adopts the

Report and Recommendation, in its entirety, as the opinion of the court pursuant to 28 U.S.C. §

636(b)(1). Therefore, this case is dismissed with prejudice. The Clerk of the Court is directed to

enter judgment accordingly.

        SO ORDERED.


                                                 Allyne R. Ross
                                                 United States District Judge


Dated: February 1, 2006
       Brooklyn, New York


1

SERVICE LIST:

        *Plaintiff:*
        Daniel Biran
        Access Van Lines, Inc.
        104-70 Queens Blvd., Suite 202
        Forest Hills, NY 11375

        *Counsel for Defendant*:
        Robert D. Becker
        Ginsberg Becker & Weaver LLP
        80 Broad Street, Suite 3300
        New York, NY 10004


cc:        Magistrate Steven M. Gold