UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X
ACCESS VAN LINES, INC.,

                Plaintiff,

-against-

UNDERWRITERS AT LLOYD'S LONDON,

                Defendant.
-----------------------------------------------------------------X

JUDGMENT
04-CV- 0130 (ARR)

        An Order of Honorable Allyne R. Ross, United States District Judge, having been filed on February 2, 2006, adopting the Report and Recommendation of Magistrate Judge Steven M. Gold, dated January 12, 2006, after a de novo review of the record; and dismissing the case with prejudice; it is

        ORDERED and ADJUDGED that plaintiff take nothing of the defendant; that the Report and Recommendation of Magistrate Judge Steven M. Gold is adopted; and that the case is dismissed with prejudice.

Dated: Brooklyn, New York
       February 03, 2006

                                                    ROBERT C. HEINEMANN
                                                    Clerk of Court